DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUPER GREEN LOGISTICS, LLC,**
Appellant,

v.

**IRONPLANET, INC.,**
Appellee.

No. 4D22-1918

[May 11, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE22-002952.

Eduardo A. Maura of Ayala Law, P.A., Miami, for appellant.

Janelle L. Elysee of Dorsey & Whitney LLP, Seattle, Washington, and Gabriel M. Hartsell of Dorsey & Whitney LLP, Phoenix, Arizona, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***